AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:19-CR-719 |
| John Doe 2 | ) |
| aka User Name Barejulie | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Doe 2 aka User Name Barejulie ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Receive and Distribute Child Pornography  18 USC 2252A(a)(s) and 2252A(b)(1)
Count 2: Conspiracy to Advertise Child Pornography  18 USC 2251(d) and (e)

Date: 01/16/2020

*Issuing officer's signature*

City and state: Houston, Texas

C Krus, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: 4:19-cr-719-S1 |
| v. | § | **UNDER SEAL** |
| JOHN DOE 2 | § | |
| aka User Name "BAREJULIE" | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  SUPERSEDING INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

JOHN DOE 2

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on January 16, 2020.

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO.: 4:19-cr-719-SI |

Sealed

### SEALED ORDER

On this day came on for consideration the Government's Motion To Seal the Indictment, and the Court is of the opinion that said Motion should be, and the same is hereby, GRANTED.

IT IS THEREFORE, ORDERED that the Indictment, the Government's Motion To Seal Indictment, and the Order Sealing Indictment all be sealed together.

IT IS FURTHER ORDERED that the Indictment, Motion, and Order will automatically be unsealed upon the arrest of the defendant without further Order of this Court.

IT IS FURTHER ORDERED that the United States Marshal's Service for the Southern District of Texas shall enter the Warrant for Arrest of the above defendants into the National Crime Information Center (NCIC) database upon the oral or written request of any Assistant United States Attorney for the Southern District of Texas.

IT IS FURTHER ORDERED that the United States District Clerk provide copies, including certified copies, of the Indictment and Arrest Warrant to the United States Attorney's Office, specifically, but not limited to, Kimberly Ann Leo, and the investigating law enforcement agency, the Homeland Security Investigations (HSI), specifically, but not limited to Special Agent Joshua Conrad, upon his request and without further order of the Court.

Signed on this 16 day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE